UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50098-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **GOVERNMENT'S MOTION** |
| | ) | **IN LIMINE** |
| ROMAN WHITE CALF, | ) | |
| | ) | |
| Defendant. | ) | |

The Government has filed a motion in limine, seeking a court order prohibiting any reference to penalty or punishment during the trial and prohibiting introduction of any evidence under Federal Rule of Evidence 412. Docket 19.  The Defendant has responded, asserting no objection to either of the Government's requests.  Docket 25.

The Court has reviewed the Government's request and has determined that both requests are properly made.  See e.g., Fed. R. Evid. 412(c).  Therefore, good cause appearing, it is hereby

ORDERED that the Government's motion in limine, Docket 19, is GRANTED.

Dated January 11, 2009.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE